490 A.2d 436

COMMONWEALTH of Pennsylvania

v.

Thomas W. JONES, Appellant.

Supreme Court of Pennsylvania.

Argued April 18, 1985.

Decided April 23, 1985.

Pamela P. Cohen, Philadelphia, Court-appointed for appellant.

Robert B. Lawler, Chief, Appeals Div., Garold Tennis, Asst. Dist. Attys., Philadelphia, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

Matter remanded to Court of Common Pleas of Philadelphia for an evidentiary hearing on the question of the effectiveness of trial counsel.